FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 18 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEMDA GREENFELD<br>on behalf of herself and<br>all other similarly situated consumers,<br><br>Plaintiff,<br><br>-against-<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Case No. 1:17-cv-00448-ARR-SMG<br><br>STIPULATION OF DISMISSAL |

Plaintiff and Defendant file this stipulation of dismissal under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

1. Plaintiff moves to dismiss her suit.

2. Defendant, who has served an answer, agrees to the dismissal.

3. In this case, a class has not been certified. This case is not a derivative action under Federal Rule of Civil Procedure 23.1 or an action related to an unincorporated association under Rule 23.2.

4. A receiver has not been appointed in this case.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

6. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

7. This dismissal is with prejudice.

8. The parties agree that if the settlement is not consummated within sixty days, that the matter can be reopened.

Respectfully submitted,

| | |
|---|---|
| Dated: Woodmere, New York<br>July 14, 2017 | Dated: Houston, Texas<br>July 14, 2017 |
| By: */s/ Adam J. Fishbein*<br>    Adam J. Fishbein<br>    Adam J. Fishbein, P.C.<br>    735 Central Ave.<br>    Woodmere, New York 11598<br>    Office: (516) 668-6945<br>    Email: fishbeinadamj@gmail.com<br>Attorneys for Plaintiff,<br>Hemda Greenfeld | By: */s/ William S. Helfand*<br>    William S. Helfand<br>    Lewis Brisbois Bisgaard & Smith LLP<br>    24 Greenway Plaza, Ste. 1400<br>    Houston, Texas 77046<br>    Office: (832) 460-4614<br>    Email: bill.helfand@lewisbrisbois.com<br>Attorneys for Defendant,<br>GC Services Limited Partnership |

So ordered:

/s/(ARR), USDJ

7/17/17